JS-6

James K. Schultz, Esq. (SBN 309945)
Kenneth A. Ohashi, Esq. (SBN 230440)
SESSIONS ISRAEL & SHARTLE, L.L.P.
4747 Morena Blvd., Suite 358
San Diego, CA 92117
Tel:   619/758-1891
Fax:   877/334-0661
jschultz@sessions.legal
kohashi@sessions.legal

*Attorneys for Jefferson Capital Systems, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN Y. RHEE,<br><br>      Plaintiff,<br><br>  vs.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>      Defendant. | Case No.: 8:26-cv-00284<br><br>[~~Proposed~~] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF THE ACTION WITH PREJUDICE |

Based upon the Stipulation of the Parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby ordered that this action is dismissed in its entirety with prejudice, with each Party to bear its own fees and costs.

Dated: February 24, 2026        _____
                                Hon. Karen E. Scott
                                Magistrate Judge

Order Granting Joint Stipulation to Dismiss
1